**Linda H. Hebert**
12811 Vitry Lane
Houston, Texas 77071
832-687-1924
Email: mail4ljh@gmail.com

United States Courts
Southern District of Texas
FILED

JAN 1 5 2010

Clerk of Court

January 14, 2010

Clerk of Courts
515 Rusk Avenue
Houston, Texas 77002

RE: Case Number: 0630159

Dear Clerk of Courts

Pursuant to my telephone conversation with your office on today, I am submitting this motion to pay the unclaimed funds in your court registry for the above referenced case. Please send the $400.00 to me at the address listed below:

Linda H. Hebert
12811 Vitry Lane
Houston, Texas 77071

Should you have any questions, you can reach me at 832-687-1924. Thank you for your time and assistance in this matter.

Respectfully,

*[signature]*
Linda H. Hebert